UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM JAMES HITSMAN,

    Petitioner,

v.

    Case No. 1:15-cv-810

    HONORABLE PAUL L. MALONEY

MARY BERGHUIS,

    Respondent,
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court has reviewed the Report and Recommendation (Dkt. #12) filed by United States Magistrate Judge Ray Kent in this action. The Report and Recommendation was duly served on the parties. No objections have been filed.

ACCORDINGLY, the Report and Recommendation is hereby adopted as the opinion of the Court.

**THEREFORE, IT IS ORDERED** that the motion for stay and abeyance (ECF No. 11) is **DENIED**.

**IT IS FURTHER ORDERED** that the habeas corpus petition is **DENIED**.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

**This action is terminated.**

Date: April 14, 2017            /s/ Paul L. Maloney
                                                            Paul L. Maloney
                                                            United States District Judge