UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ADAM JAMES HITSMAN,

    Petitioner,

v.

    Case No. 1:15-cv-810

    HONORABLE PAUL L. MALONEY

MARY BERGHUIS,

    Respondent,
_____/

## **JUDGMENT**

Pursuant to Fed.R.Civ.P. 58, **JUDGMENT** is hereby entered in favor of respondent and against the petitioner.

Date: April 14, 2017            /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge